IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00858-RPM

JONATHAN CROWE,

        Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
STATE FARM LIFE INSURANCE COMPANY,
STATE FARM FIRE AND CASUALTY COMPANY, and
STATE FARM GENERAL INSURANCE COMPANY,

        Defendants.

---

ORDER DENYING MOTION TO AMEND COMPLAINT

---

On December 1, 2005, the plaintiff filed a motion for leave to amend complaint and join additional parties.  Although no amended complaint was tendered with the motion, it appears that the plaintiff seeks to join the authors of the anonymous letter which the plaintiff claims included false and defamatory statements which started a chain of events leading to his termination as a State Farm agent.  A claim of defamation against those persons, apparently Colorado citizens, would be a separate claim not within this court's diversity jurisdiction.  Additionally, the addition of those parties as defendants would delay this action in which the discovery deadline is about to expire. It is therefore

ORDERED that the motion to amend complaint to add additional parties is denied.

Dated: December 2nd, 2005

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior District Judge