IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00858-RPM

JONATHAN CROWE,

        Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
STATE FARM LIFE INSURANCE COMPANY,
STATE FARM FIRE AND CASUALTY COMPANY, and
STATE FARM GENERAL INSURANCE COMPANY,

        Defendants.
_____

## ORDER VACATING DEPOSITION OF MICHELLE HECK
_____

On January 25, 2006, counsel for non-party Michelle Heck filed a motion for a protective order regarding a deposition scheduled in this matter for January 30, 2006, explaining that Michelle Heck has been sued by Jonathon Crowe in Summit County District Court Case No. 06 CV 09.  The motion suggests that the deposition here may proceed but without permitting use of it in any other proceeding.  That is not consistent with the economy of judicial resources.  Because of the pending state court action and possible interference with the procedures under Colorado Rules of Civil Procedure, it is

ORDERED that the deposition of Michelle Heck scheduled for January 30, 2006, is vacated.

Dated: January 27, 2006

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge